E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-2252-GHK (SSx) | | Date | July 21, 2010 |
|---|---|---|---|---|
| Title | *Luis Pizarro, et al. v. Francisco Aguilar, et al.* | | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**  Order re: Plaintiff's Motion to Remand

On July 6, 2010, we issued an order denying Plaintiffs/Counter-Defendants Luis Pizarro ("Luis"), Sonia Pizarro Lopez, and Lyndah Pizarro's (collectively, "Plaintiffs" or "Counter-Defendants") Motion to Remand.  (Dkt. No. 63).  We explained that Plaintiffs' claim for money had and received ("Claim 5") and claim for declaratory relief ("Claim 14") were completely preempted under 17 U.S.C. § 301(a) and thus conferred removal jurisdiction upon this Court, insofar as Claim 5 and a portion of Claim 14 sought to vindicate Luis's alleged exclusive rights to distribute and authorize distribution of the subject works under the Copyright Act.  (*Id*. at 2-5).  In denying the Motion to Remand, we informed Plaintiffs that if they wished to litigate the above-captioned action in state court, they could file a First Amended Complaint ("FAC") eliminating Claim 5 in full and Claim 14 in part.  (*Id*. at 5).  On July 15, 2010, Plaintiffs filed their FAC eliminating both claims in full.  (Dkt. No. 66).

Accordingly, though this action was properly removed, since the completely preempted claims have been eliminated in the FAC, we now exercise our discretion under 28 U.S.C. § 1367(c)(3) and **REMAND** the remaining state law claims, including the Cross-Complaint (Notice of Removal, Ex. E), to the court from which this action was removed.  The following pending motions are **DENIED as moot, without prejudice** to their re-assertion in state court: (1) Plaintiffs/Counter-Defendants' Motion to Strike Portions of Cross-Complaint (Dkt. No. 23); (2) Plaintiffs/Counter-Defendants' Motion to Dismiss the Second, Fourth, Fifth, Sixth, Eighth, Tenth, Eleventh, Twelfth, and Thirteenth Claims for Relief in Counterclaimants Francisco Aguilar d.b.a. Arietis A/V, Arietis, Inc., Tariq Jalil, and Intrigue, Inc.'s (collectively "Counterclaimants") Cross-Complaint (Dkt. No. 27; Notice of Removal, Ex. E); and (3) Defendants Alfred Haber Inc., Telemundo of Los Angeles Inc., and Turner Entertainment Networks Inc.'s Motion to Dismiss Claims Six, Seven, Eight, Ten, and Twelve of the Complaint (Dkt. No. 31), in which Counterclaimants and Defendant Rive Gauche Entertainment, Inc. join.  (Dkt. No. 32).

   **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |

E-Filed
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2252-GHK (SSx) | Date | July 21, 2010 |
|---|---|---|---|
| Title | *Luis Pizarro, et al. v. Francisco Aguilar, et al.* | | |